# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE NAONE,<br><br>　　　　　Plaintiff,<br>　v.<br>CUTTER BUICK GMC INC. et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-9802-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

　　　　Based on Plaintiff's Proof of Service, Defendant Cutter Buick GMC Inc.'s answer to the Complaint was due December 24, 2012. (ECF No. 8.) To date, Cutter has not filed an answer in this case.

　　　　Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than March 27, 2013, why Cutter should not be dismissed for Plaintiff's failure to prosecute. No hearing will be held for this matter. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default against Cutter or an answer from Cutter. In the event both documents are filed before the above date, the answer will take precedence. Failure to timely respond to this order will result in the dismissal of Cutter from this case.

　　　　**IT IS SO ORDERED.**

　　　　March 20, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE