Robert B. Mobasseri (SBN 193193)
John H. Woo (SBN 254304)
Law Offices of Robert B. Mobasseri, PC
445 S. Figueroa Street, 27th Floor
Los Angeles, CA 90071
Tel: 213-612-7701
Fax: 213-612-7781

JS-6

Attorneys for Plaintiff
CHRISTINE NAONE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE NAONE, an individual;<br><br>         Plaintiff,<br><br>     vs.<br><br>CUTTER BUICK GMC, INC. dba CUTTER PONTIAC BUICK GMC, a Hawaii Corporation; GENERAL MOTORS LLC, a Delaware Limited Liability Company; HAWAII USA FEDERAL CREDIT UNION, a Hawaii domestic nonprofit corporation; DOES 1 through 10, Inclusive<br><br>         Defendants | Case No.: CV12-09802-ODW(Ex)<br><br>Judge: Otis D. Wright, II<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  November 15, 2012<br>Trial Date:           None |

The parties have stipulated that the action should be dismissed with prejudice.

Accordingly, the entire action is dismissed with prejudice.

Dated:__July 16, 2013                 _____

                                Hon. Otis D. Wright, II

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE

1